**MADE JS-6**

1
2
3
4
5
6
7
8
9
10
11
12          UNITED STATES DISTRICT COURT
13          CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| CHRISTIE, PARKER & HALE, LLP, | Case No. CV08-2470 GW (Ex) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| CHRISTOPHER MARTIN, and MARTIN MANUFACTURING, INC., | **Hon. George H. Wu** |
| Defendants. | |

21
22
23
24
25
26
27
28

-1-

Pursuant to the Stipulation of the parties, and good cause appearing, this Court enters judgment as follows:

1.      All claims alleged by Plaintiff and Counterdefendant Christie, Parker & Hale, LLP ("Plaintiff") against Defendant Christopher Martin, an individual ("Martin") are dismissed with prejudice.

2.      Martin, as former President and Director of Defendant and Counterclaimant Martin Manufacturing, Inc. ("MMI") acknowledges that MMI is fully liable for all unpaid fees and costs due to Plaintiff as alleged by Plaintiff in its First Amended Complaint.

3.      Plaintiff and Martin each waive the right to seek damages from the other regarding the allegations raised in Plaintiff's First Amended Complaint.

4.      Martin, individually and as the former President and Director of MMI, forever releases Plaintiff from all claims asserted and arising from or related to this matter.

5.      Each party shall bear its own costs and attorneys' fees.

6.      This Court shall retain jurisdiction to enforce the terms of this Judgment.

Dated:  June 15, 2009

_____
The Honorable George H. Wu
United States District Judge


Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED:  June 15, 2009          By  ___/s/ Brian K. Brookey___
                                    Brian K. Brookey

Attorneys for Plaintiff,
CHRISTIE, PARKER & HALE, LLP

SCL PAS853422.1-*-06/12/09 11:37 AM

CHRISTIE, PARKER & HALE, LLP