1

2                                                              **MADE JS-6**

3

4

5

6

7

8

9

10

11

12                          UNITED STATES DISTRICT COURT

13                          CENTRAL DISTRICT OF CALIFORNIA

14

15   CHRISTIE, PARKER & HALE, LLP,        Case No. CV08-2470 GW (Ex)

16                Plaintiff,              **FINAL JUDGMENT**

17        vs.

18   CHRISTOPHER MARTIN, and             **HON. GEORGE H. WU**
     MARTIN MANUFACTURING, INC.,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

For good cause showing, judgment is entered as follows:

1.  MMI's Answer to Plaintiff's Amended Complaint is struck from the record.

2.  MMI's Counterclaim against Plaintiff is dismissed with prejudice.

3.  For each cause of action alleged in the Amended Complaint, judgment is entered against MMI and in favor of Plaintiff.

4.  MMI shall pay Plaintiff $190,453.02 upon entry of this Final Judgment.

5.  MMI shall pay Plaintiff pre-judgment interest of 10 percent per annum upon entry of this Final Judgment.

6.  MMI shall pay Plaintiff post-judgment interest under the terms stated in 28 U.S.C. § 1961.

7.  The Consent Judgment entered on June 15, 2009 is hereby incorporated into this Final Judgment.

IT IS SO ORDERED.

Dated:  July 30, 2009

_____
The Honorable George H. Wu
United States District Judge


Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

DATED:  July 31, 2009          By   /s/ Brian K. Brookey
                                    Brian K. Brookey

                                Attorneys for Plaintiff,
                                CHRISTIE, PARKER & HALE, LLP


GWB PAS858005.1-*-07/10/09 11:06 AM

CHRISTIE, PARKER & HALE, LLP